450 F.2d 953
 William ERNST et al., Plaintiffs-Appellants,
v.
MARKOUT WATER SUPPLY CORPORATION et al., Defendants-Appellees.
 No. 71-2736 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 19, 1971.
 
 David H. Rosenberg, Lawrence Fischman, Fischman, Rosenberg, Kasmir & Preston, Dallas, Tex., for plaintiffs-appellants.
 H. Louis Nichols, Saner, Jack, Sallinger & Nichols, Dallas, Tex., for defendants-appellees.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N. L. R. B. v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966